**Herman KIRBY, Appellant, v. STATE of Texas, Appellee.**

No. 20870.

Court of Criminal Appeals of Texas.

Jan. 17, 1940.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is assault with intent to rob; the punishment, confinement in the penitentiary for eight years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

■

**C. Z. ROGERS, Appellant, v. STATE of Texas, Appellee.**

No. 20957.

Court of Criminal Appeals of Texas.

Jan. 24, 1940.

L. F. Benson, of Pittsburgh, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is forgery; the punishment, confinement in the penitentiary for two years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

■

**Wm. L. THORNTON, Appellant, v. STATE of Texas, Appellee.**

No. 20978.

Court of Criminal Appeals of Texas.

Jan. 31, 1940.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of arson, and his punishment assessed at two years confinement in the penitentiary.

Since his appeal was perfected, the appellant has filed a written request, verified by his affidavit, asking the privilege of withdrawing his appeal. The request is granted and the appeal ordered dismissed.

■

**Nancy JACKSON, Appellant, v. D. F. HARLAND, Appellee.**

No. 10665.

Court of Civil Appeals of Texas.

San Antonio.

Jan. 10, 1940.

Rehearing Denied Feb. 7, 1940.

Kelley, Looney & Norvell and L. C. McLean, all of Edinburg, for appellant.

Cameron & Hardin, of Edinburg, for appellee.

PER CURIAM.

Affirmed without written opinion. See Associated Indemnity Corporation et al. v. J. M. Gatling, Tex.Civ.App., 75 S.W.2d 294.

NORVELL, J., did not participate in the decision of this case.